IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MICHAEL TRANTER
*as the Administrator of the Estate of JAREMY VAZQUEZ, and Administrator Ad Prosequendum of the Estate*,
LUCERO VAZQUEZ

20cv2014

ELECTRONICALLY FILED

        Plaintiffs,

        v.

Z & D TOUR INC., FEDEX GROUND PACKAGE, INC., et al

        Defendants.

## ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE

The above case has been assigned to United States District Judge Arthur J. Schwab for all further proceedings. Pursuant to Local Rule 16.1, an initial case management conference will be conducted to discuss narrowing of the issues, the extent of pretrial preparation, discovery procedures, the early disposition of controlling questions of law, the probable extent of provable damages, the possibility of settlement, alternative dispute resolution options, and any other matters that will contribute to prompt and fair disposition of the case; and establish a date for the pretrial conference and a date for the commencement of the trial. **Chief trial counsel shall attend in person. Chief trial counsel shall obtain full settlement authority prior to the conference and must be prepared to discuss settlement of the case and alternative dispute options in detail. Clients must be available by telephone.** The Conference will be held on

**October 12, 2021 at 10:30 AM** via Zoom. An invitation to connect to the conference by video will be distributed by e-mail to all counsel of record before the conference.

As required by Rule 26(f) of the Federal Rules of Civil Procedure the parties must, as soon as practicable, Aconfer to consider the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case, to make or arrange for the disclosures required by Rule 26(a)(1), and to develop a proposed discovery plan[.]  See Fed.R.Civ.P. 26(f). The "confer" meeting must occur face-to-face, via videoconference, at the office of the counsel for the plaintiff, absent an Order of Court stating otherwise.

On or before **October 4, 2021,** and pursuant to Rule 26(f), and as required by Local Rule 16.1.1, the attorneys of record and all unrepresented parties that have appeared in this case are jointly responsible for submitting to the Court the following three (3) documents:

    **(a)** **a written report required by Fed.R.Civ.P. 26(f), in the format set forth in Appendix LCvR 16.1 A (11/2016 form) to the Local Rule 16.1.1B (excluding question 12),**

    **(b)** **a proposed case management order in compliance with this Court's Practices and Procedure, and**

    **(c)** **a stipulation selecting an ADR process (pursuant to Local Rule 16.2) (04/2017 form) (Participation in the ADR process does not stay discovery).**

Above documents may be downloaded from the Court's website at www.pawd.uscourts.gov.

The Parties are strongly encouraged to use hyperlinks when filing on CM/ECF, in accordance with Section I.D. of the Court's Practices and Procedures.

-2-

SO ORDERED this 27th day of July, 2021.

<u>s/Arthur J. Schwab</u>
Arthur J. Schwab
United States District Judge

cc: All counsel of record